Prob12A
(NCW Rev. 2/04)

FILED
STATESVILLE, N.C.

JUL 2 1 2006

U.S. DISTRICT COURT
W. DIST. OF NC

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

## Report on Offender Under Supervision

Name of Offender: Arley Dwaine Brooks     Case Number: 5:95CR42-2-V

Name of Sentencing Judicial Officer: The Honorable Richard L. Voorhees, U.S. District Judge

Date of Original Sentence: 10-15-96

Original Offense: Conspiracy to Possess with Intent to Distribute a Quantity of Cocaine, a Schedule II Narcotic Controlled Substance, 21 U.S.C § 846

Original Sentence: 60 months imprisonment, five years supervised release; Special Conditions: $50 special assessment (paid), $10,000 fine (paid)

Type of Supervision: Supervised Release     Date Supervision Commenced: 11-15-02

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **NEW LAW VIOLATION (Date violation concluded: 6-3-06).** The defendant has violated the condition of supervision that states, "The defendant shall not commit another federal, state, or local crime," in that, on 6-3-06 Mr Brooks was charged with the offenses of Possession of Drug Paraphernalia (06CR054978), Possession of Schedule II Controlled Substance (06CR054979), and Possession of Schedule I Controlled Substance (06CR054977). The charges are pending in Iredell County at this time. |

2      **NEW LAW VIOLATION (Date violation concluded: 6-5-06).**
The defendant has violated the condition of supervision that states, "The defendant shall not commit another federal, state, or local crime," in that, on 6-5-06 Mr Brooks was charged with the offenses of Felony Larceny (06CRS052343), Breaking and Entering, and 2 counts of Larceny after Breaking and Entering (06CRS052346), and Breaking and Entering and Larceny after Breaking and Entering (06CRS052348). The charges are pending in Cabarrus County at this time.

3      **DRUG/ALCOHOL USE (Date violation concluded: 6-7-06).**
The defendant has violated the condition of supervision that states, "The defendant shall refrain from excessive use of alcohol and shall not unlawfully purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as duly prescribed by a licensed physician," in that, on 6-7-06 Mr Brooks submitted to urinalysis testing. The results were positive for cocaine

U.S. Probation Officer Action: I will continue to monitor the status of the pending charges.

U.S. Probation Officer Recommendation: It is recommended that no action be taken until a disposition is entered on the on the pending matters.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by _____
Gregg W. Henderson
U.S. Probation Officer
704-883-1034
Date: 7-18-06

[ ✓ ] Concur with Recommendation
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

7-19-06
Date

Signature of Judicial Officer